# Composite
# Exhibit A

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Mar 29, 2010**
**Secretary of State**

DOCUMENT# 649620

**Entity Name:** HARTFORD INSURANCE COMPANY OF THE SOUTHEAST

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| ONE HARTFORD PLAZA<br>HARTFORD, CT  06155   US | |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| ONE HARTFORD PLAZA<br>T-16-85<br>HARTFORD, CT  06155   US | |

**FEI Number: 06-1013048**     FEI Number Applied For ( )      FEI Number Not Applicable ( )      Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| CHIEF FINANCIAL OFFICER<br>P O BOX 6200 (32314-6200)<br>200 E. GAINES ST<br>TALLAHASSEE, FL  323990000  US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

           Electronic Signature of Registered Agent                        Date

**Election Campaign Financing Trust Fund Contribution ( ).**

## OFFICERS AND DIRECTORS:

| Title: | CEO |
|---|---|
| Name: | ANDRADE, JUAN C CEO/P |
| Address: | ONE HARTFORD PLAZA |
| City-St-Zip: | HARTFORD, CT  06155 US |

| Title: | EVP |
|---|---|
| Name: | PINKES, ANDREW J EVP |
| Address: | ONE HARTFORD PLAZA |
| City-St-Zip: | HARTFORD, CT  06155 US |

| Title: | EVP |
|---|---|
| Name: | BENNETT, JONATHAN R EVP |
| Address: | ONE HARTFORD PLAZA |
| City-St-Zip: | HARTFORD, CT  06155 US |

| Title: | EVP |
|---|---|
| Name: | KRECZKO, ALAN J EVP/GC |
| Address: | ONE HARTFORD PLAZA |
| City-St-Zip: | HARTFORD, CT  06155 US |

| Title: | EVP |
|---|---|
| Name: | MCGREEVEY, GREGORY G EVP/CIO |
| Address: | ONE HARTFORD PLAZA |
| City-St-Zip: | HARTFORD, CT  06155 US |

| Title: | SVP |
|---|---|
| Name: | GIAMALIS, JOHN N SVP/T |
| Address: | ONE HARTFORD PLAZA |
| City-St-Zip: | HARTFORD, CT  06155 US |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:  JOHN N. GIAMALIS                    SVP            03/29/2010

           Electronic Signature of Signing Officer or Director                       Date

PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION



# ANNUAL STATEMENT

### For the Year Ended December 31, 2009
### of the Condition and Affairs of the

## HARTFORD INSURANCE COMPANY OF THE SOUTHEAST

NAIC Group Code __0091__    __0091__    NAIC Company Code __38261__    Employer's ID Number __06-1013048__
(Current Period) (Prior Period)

Organized under the Laws of __Connecticut__ State of Domicile or Port of Entry __Connecticut__ Country of Domicile __US__

Incorporated / Organized __December 28, 1979__    Commenced Business __January 1, 1980__

Statutory Home Office __One Hartford Plaza__ , __Hartford, Connecticut 06155-0001__
            (Street and Number)                              (City or Town, State and Zip Code)
Main Administrative Office __One Hartford Plaza__
            (Street and Number)
__Hartford, Connecticut 06155-0001__        __(860)__    __547-5000__
    (City or Town, State and Zip Code)              (Area Code)  (Telephone Number)
Mail Address __One Hartford Plaza__ , __Hartford, Connecticut 06155-0001__
        (Street and Number or P.O. Box)                  (City or Town, State and Zip Code)
Primary Location of Books and Records __One Hartford Plaza__
                    (Street and Number)
__Hartford, Connecticut 06155-0001__        __(860)__    __547-5000__
    (City or Town, State and Zip Code)              (Area Code)  (Telephone Number)
Internet Web Site Address __www.thehartford.com__

Statutory Statement Contact __Randolph A. Dalton, Senior Manager__    __(860)__    __547-4497__
            (Name)                              (Area Code)  (Telephone Number) (Extension)

__statement.questions@thehartford.com__        __(860)__    __547-6343__
            (E-Mail Address)                          (Fax Number)

## OFFICERS

#Juan Carlos Andrade, Chief Executive Officer, Chief Operating Officer and President
Jonathan Ross Bennett, Executive Vice President
Alan James Kreczko, Executive Vice President and General Counsel
Gregory Gerard McGreevey, Executive Vice President and Chief Investment Officer
Andrew Jonathan Pinkes, Executive Vice President
Raymond James Sprague, Executive Vice President
Gary Joe Thompson, Executive Vice President
Eileen Goss Whelley, Executive Vice President
David Alan Carlson, Senior Vice President and Director of Taxes
Michael John Dury, Senior Vice President and Chief Financial Officer
John Nicholas Giamalis, Senior Vice President and Treasurer
Thomas Scott Johnston, Senior Vice President and Chief Actuary
Frederick James Jones, Jr., Senior Vice President and Controller, Property and Casualty Operations
Donald Christian Hunt, Corporate Secretary

## DIRECTORS OR TRUSTEES

Michael John Dury        #John Nicholas Giamalis        Gregory Gerard McGreevey

State of __CONNECTICUT__
County of __HARTFORD__ } SS

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except for the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

Juan C. Andrade                    Frederick J. Jones, Jr.                    Donald C. Hunt
Chief Executive Officer, Chief Operating Officer        Senior Vice President and Controller,        Corporate Secretary
    and President                    Property and Casualty Operations
Subscribed and sworn to before me this

a. Is this an original filing?  Yes [X]  No [ ]
b. If no:    1. State the amendment number _____
__19th__ day of __February__ , __2010__        2. Date filed _____
Brenda M. Cunningham        Notary Public        3. Number of pages attached _____
My Commission Expires July 31, 2010

NOTARY
PUBLIC
CONNECTICUT



OFFICE OF INSURANCE REGULATION

**FILED**

FEB 10 2005

Docketed by: SP.

KEVIN M. MCCARTY
COMMISSIONER

IN THE MATTER OF:                                    CASE NO.: 79685-04-CO

Application for Redomestication of
**HARTFORD INSURANCE COMPANY**
of the **SOUTHEAST**, a Domestic Insurer
_____/

## CONSENT ORDER

THIS CAUSE came on for consideration upon a filing by **HARTFORD INSURANCE COMPANY OF THE SOUTHEAST** (hereinafter referred to as "**HARTFORD**"), a domestic insurer, with the **OFFICE OF INSURANCE REGULATION** (hereinafter referred to as the "**OFFICE**") on or about October 6, 2004, in which **HARTFORD** requested approval to redomesticate to Connecticut pursuant to sections 628.525 – 628.535, Florida Statutes. After a complete review of the entire record, and upon consideration thereof and being otherwise fully advised in the premises, the **OFFICE** finds as follows:

1.      The **OFFICE** has jurisdiction over the subject matter and parties herein.

2.      **HARTFORD** represents that the documents provided relating to its redomestication to Connecticut fully describe all agreements, relationships, and transactions pertinent to the redomestication. **HARTFORD** shall file any resulting amendments to the aforementioned documents with the **OFFICE**.

3.    **HARTFORD** has represented to the **OFFICE** that its redomestication will not have an adverse effect on Florida policyholders, and will not change its operations in the state of Florida.

4.    **HARTFORD** is in the process of redomesticating to Connecticut as outlined in its letter to the **OFFICE** dated September 27, 2004.  Upon its redomestication to Connecticut, **HARTFORD** will become licensed in Florida as a foreign insurer as defined in section 624.06, Florida Statutes.  **HARTFORD** will be required to comply with all aspects of the Florida Insurance Code applicable to foreign insurers.

5.    **HARTFORD** will continue to file its financial statements in compliance with the Annual and Quarterly Statement Instructions issued by the NAIC, the Accounting Practices and Procedures Manual of the NAIC, and the Florida Insurance Code.  All assets and investments of **HARTFORD** must comply with the requirements of Chapter 625, Florida Statutes.

6.    Pursuant to section 628.530, Florida Statutes, **HARTFORD's** outstanding policies shall remain in full force and effect.  **HARTFORD** may continue to use its existing policy forms with appropriate endorsements, and need not endorse its policy forms solely to reflect the new domicile location of the company.  Furthermore, **HARTFORD's** rates, agents appointments, and licenses in existence prior to **HARTFORD's** redomestication shall continue in full force and effect after the date redomestication is approved.

7.    Executive Order 13224, signed by President George W. Bush on September 23, 2001, blocks the assets of terrorists and terrorist support organizations identified by the Office of Foreign Assets Control of the Treasury Department.  The Executive Order also prohibits any transactions by U.S. persons involving the blocked assets and interests.  The list of identified terrorists and terrorist support organizations is periodically updated at the Treasury Department's

website, www.treas.gov/ofac. **HARTFORD** shall maintain and adhere to procedures necessary to detect and prevent prohibited transactions with individuals and entities which have been identified at the Office of Foreign Assets Control website of the Treasury Department.

8.     The **OFFICE** and **HARTFORD** expressly waive a hearing in this matter, the making of Findings of Fact and Conclusions of Law by the **OFFICE**, and all further and other proceedings herein to which the parties may be entitled by law or by rules of the **OFFICE**. **HARTFORD** hereby knowingly and voluntarily waives all rights to challenge or to contest this Consent Order, in any forum now available to it, including the right to any administrative proceeding, circuit or federal court action, or any appeal.

9.     The parties agree that this Consent Order will be deemed to be executed when the **OFFICE** has executed a copy of this Consent Order bearing the signature of **HARTFORD** or its authorized representative, notwithstanding the fact that the copy may have been transmitted to the **OFFICE** electronically. Further, **HARTFORD** agrees that its signature as affixed to this Consent Order shall be under the seal of a Notary Public.

**WHEREFORE,** the application of **HARTFORD**, a domestic insurer, to redemesticate to the Connecticut is hereby approved and effective as of the date the redomestication is approved by the Connecticut Department of Insurance.

**FURTHER,** all terms and conditions contained herein are hereby **ORDERED.**

**DONE AND ORDERED** this **10TH** day of ___**FEBRUARY**___, 2005.

Kevin M. McCarty
Commissioner
Office of Insurance Regulation

3

By execution hereof, **HARTFORD INSURANCE COMPANY OF THE SOUTHEAST** consents to entry of this Consent Order, agrees without reservation to all of the above terms and conditions and shall be bound by all provisions herein. The undersigned represents that he or she has the authority to bind **HARTFORD INSURANCE COMPANY OF THE SOUTHEAST** to the terms and conditions of this Consent Order.

**HARTFORD INSURANCE COMPANY OF THE SOUTHEAST**

By: _Mark S. Gurevitz_

Corporate Seal

Print Name: _Mark S. Gurevitz_

Title: _Senior Vice President_

State of __Connecticut__

County of __Hartford__

On __February 1, 2005__ before me, __Katherine A. Haller__, personally appeared __Mark S. Gurevitz__, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person or the entity upon whose behalf the person acted, executed the instrument.

Subscribed and sworn to before me this __1st__ day of __February__, 2005.

Signature _____          [NOTARIAL SEAL]
(Signature of Notary Public)

My Commission Expires:

**KATHERINE A. HALLER**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES SEP. 30, 2007

4

COPIES FURNISHED TO:

LYNDA GODKIN
Senior Vice President
State and Community Relations
The Hartford Financial Services Group, Inc.
690 Asylum Avenue, MS-T-12-56
Hartford, CT 06115

DAVID KENNETH ZWIENER, PRESIDENT
Hartford Insurance Company of the Southeast
Hartford Plaza
Hartford, Connecticut 06115

LEE RODDENBERRY, BUREAU CHIEF
Office of Insurance Regulation
Bureau of Property & Casualty Insurer Solvency
200 E. Gaines Street
Tallahassee, Florida 32399-0329

CARL B. MORSTADT III
Assistant General Counsel
Legal Services Office
Office of Insurance Regulation
200 East Gaines Street
612C Larson Building
Tallahassee, Florida 32399-4206